UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FRANCES NAUSE RIDDELL                                                                                         PLAINTIFF

VS.                                                                                 CIVIL ACTION NO. 3:14cv705-DPJ-FKB

STRYKER SALES CORPORATION                                                                             DEFENDANT

ORDER

This products-liability case is before the Court on Defendant Stryker Sales Corporation's ("Stryker") Motion to Dismiss [2], the parties' Joint Stipulation [16], and Plaintiff Frances Nause Riddell's Motion for Leave to Amend the Complaint [17].  In the stipulation, Riddell concedes that her claims against Stryker should be dismissed without prejudice because the proper defendant for her claims is Howmedica Osteonics Corporation.  She now requests leave to amend her complaint to name the proper defendant and to cure any deficiencies in her original complaint.  Defendants do not oppose this motion.

IT IS, THEREFORE, ORDERED that Stryker's Motion to Dismiss [2] is granted, and Riddell's claims against Stryker are dismissed without prejudice.

IT IS FURTHER ORDERED that Riddell's Motion for Leave to Amend the Complaint [17] is granted as unopposed.

**SO ORDERED AND ADJUDGED** this the 21st day of November, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE